PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA, WSBA# 26823
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Email: Franco.L.Becia@ssa.gov
Telephone: (206) 615-2114
Fax: (206) 615-2531
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| ERIC JOSEPH RAMSEY,<br>      Plaintiff,<br>   vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 2:22-cv-02296-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from March 28, 2023, up to and including May 4, 2023. This is the Defendant's first request for an extension. Defendant requests this extension because Defendant has been notified that a certified administrative transcript (CAR) is not yet available

in this case. Defendant therefore cannot respond to Plaintiff's Complaint. Once the CAR arrives, Defendant will need to review it for defects before submitting it. For these reasons, Defendant asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 27, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ Franco L. Becia
Franco L. Becia
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated:  March 27, 2023

/s/ Jonathan Omar Pena*
(*as authorized via e-mail)
Jonathan Omar Pena
Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 4, 2023, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   April 3, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Case 2:22-cv-02296-JDP   Document 11   Filed 04/03/23   Page 3 of 3