## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ERIC JOSEPH RAMSEY,**

CASE NO: **2:22–CV–02296–JDP**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/27/23**

**Keith Holland**
Clerk of Court

ENTERED: **September 27, 2023**

by: /s/ A. Kastilahn
Deputy Clerk