Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Eric Joseph Ramsey

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| Eric Joseph Ramsey, | Case No.  2:22-cv-02296-JDP |
| Plaintiff, | **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ~~PROPOSED~~ ORDER** |
| v. | |
| Martin O'Malley[1], Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of EIGHT THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($8,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

§1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).).  Accordingly, should this Court award fees and expenses under EAJA pursuant to this stipulation, Plaintiff's motion for attorney fees (ECF 24) would be moot.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered and made payable to Plaintiff's counsel, Jonathan O. Peña. Additionally, any payment of costs under 28 U.S.C. §1920 may be made either by electronic fund transfer (ETF) or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

1    This award is without prejudice to the rights of Counsel and/or Counsel's firm

2  to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the

3  savings clause provisions of the EAJA.

4                                              Respectfully submitted,

5

6  Dated: January 11, 2024              _____/s/ *Jonathan O. Peña*_____

7                                              JONATHAN O. PEÑA
                                              Attorney for Plaintiff
8

9  Dated: January 11, 2024              PHILLIP A. TALBERT

10                                            United States Attorney
                                            MATHEW W. PILE
11                                            Associate General Counsel
                                            Office of Program Litigation
12                                            Social Security Administration

13

14                                      By:  _*  *Marcelo N. Illarmo*_

15                                            Marcelo N. Illarmo
                                            Special Assistant U.S. Attorney
16                                            Attorneys for Defendant
                                            (*Permission to use electronic signature
17                                            obtained via email on Jan. 11, 2024).

18

19

20

21

22

23

24

25

26

27

28

1

2

# ~~PROPOSED~~ ORDER

3

Based upon the parties' Stipulation for the Award and Payment of Equal Access

4

to Justice Act Fees and Expenses (the "Stipulation"),

5

6

**IT IS ORDERED** that fees and expenses in the amount of EIGHT THOUSAND

7

FIVE HUNDRED DOLLARS AND 00/100 ($8,500.00) as authorized by the Equal

8

Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of ZERO

9

10

dollars ($0.00) under 28 U.S.C. §1920, be awarded subject to the terms of the

11

Stipulation. Plaintiff's motion fort attorney fees (ECF 24) is denied as moot.

12

13

IT IS SO ORDERED.

14

15

Dated:   January 16, 2024      _____

16

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

-4-